```
1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   DENNIS J. HANNA
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:  (415) 977-8962
        Facsimile:  (415) 744-0134
7       E-Mail: Dennis.Hanna@ssa.gov

8  Attorneys for Defendant
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| PENNY L. TUTER, ) | |
|              ) | CIVIL NO. 2:11-cv-01474-KJN (TEMP) |
|    Plaintiff, ) | |
|              ) | |
|     v.       ) | STIPULATION AND ORDER |
|              ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
|              ) | |
|    Defendant. ) | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days, up to and including December 21, 2011, to respond to Plaintiff's motion for summary judgment.  This extension is being sought because counsel for Defendant needs additional time to review the merits of this case before completing his motion.  Defendant's counsel's office is under new management and, given the office-wide workload and training of newly hired colleagues, Defendant's counsel will not be able to complete the Commissioner's motion by the current due date of November 21, 2011, and respectfully requests an additional 30 days.

In addition, the parties stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff's reply brief will be due on or before January 13, 2012.  This further

extension is necessitated by Plaintiff's counsel's holiday schedule and a business trip.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                           Respectfully submitted,

Dated: November 16, 2011        /s/ Andrew T. Koenig
                                    (as authorized via email)
                                    ANDREW T. KOENIG
                                    Attorney for Plaintiff

Dated: November 16, 2011        BENJAMIN B. WAGNER
                                    United States Attorney
                                    DONNA L. CALVERT
                                    Acting Regional Chief Counsel, Region IX
                                    Social Security Administration

                                    /s/ Dennis J. Hanna
                                    DENNIS J. HANNA
                                    Special Assistant U.S. Attorney
                                    Attorneys for Defendant

                                      <u>ORDER</u>

APPROVED AND SO ORDERED.

DATED: November 16, 2011

                                    _____
                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE