BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
DENNIS J. HANNA
Special Assistant United States Attorney

   333 Market Street, Suite 1500
   San Francisco, California 94105
   Telephone: (415) 977-8962
   Facsimile: (415) 744-0134
   E-Mail: Dennis.Hanna@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| PENNY L. TUTER,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 2:11-cv-01474-KJN (TEMP)<br><br>STIPULATION AND ORDER |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days, up to and including December 21, 2011, to respond to Plaintiff's motion for summary judgment. This extension is being sought because counsel for Defendant needs additional time to review the merits of this case before completing his motion. Defendant's counsel's office is under new management and, given the office-wide workload and training of newly hired colleagues, Defendant's counsel will not be able to complete the Commissioner's motion by the current due date of November 21, 2011, and respectfully requests an additional 30 days.

    In addition, the parties stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff's reply brief will be due on or before January 13, 2012. This further

extension is necessitated by Plaintiff's counsel's holiday schedule and a business trip.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: November 16, 2011  /s/ Andrew T. Koenig
(as authorized via email)
ANDREW T. KOENIG
Attorney for Plaintiff

Dated: November 16, 2011  BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

/s/ Dennis J. Hanna
DENNIS J. HANNA
Special Assistant U.S. Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED:  November 16, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE