ANDREW T. KOENIG, State Bar No. 158431
Attorney at Law
353 Sanjon Road
Ventura, California 93001
Telephone: (805) 653-7937
Facsimile: (805) 653-7225
E-Mail: andrewtkoenig@hotmail.com

Attorney for Plaintiff Penny L. Tuter

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| PENNY L. TUTER,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>    Defendant. | CASE NO. 2:11-CV-01474-KJN<br><br>ORDER AWARDING<br>ATTORNEY'S FEES<br>AND COSTS PURSUANT<br>TO THE EQUAL ACCESS TO<br>JUSTICE ACT, 28 U.S.C.<br>§ 2412(d), AND COURT COSTS<br>PURSUANT TO<br>28 U.S.C. § 1920 |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of SIX-THOUSAND SIX-HUNDRED DOLLARS and NO CENTS ($6,600.00), as authorized by 28 U.S.C. § 2412(d), and Court costs in the amount of THREE-HUNDRED FIFTY DOLLARS and NO CENTS ($350.00) pursuant to 28 U.S.C. § 1920, subject to the terms of the Stipulation.

Dated:  May 2, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE